IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ELDRIC R. KENDRICK                                                                           PLAINTIFF

vs.                                        Case No. 4-09-CV-869 WRW

AUTO PARTS GROUP SOUTHWEST, LLC                                              DEFENDANT

### DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Auto Parts Group Southwest, LLC files its Corporate Disclosure Statement as follows:

1.  Auto Parts Group Southwest, LLC, a Delaware limited liability company, is owned 100% by Norprop, Inc., an Oregon corporation; Norprop, Inc. is owned 100% by Schnitzer Steel Industries, Inc., a publicly traded Oregon corporation.

/s/ R. Scott Summers
R. Scott Summers (2006102)
Littler Mendelson, P.C.
3739 Steele Blvd., Suite 300
Fayetteville, Arkansas 72703
Telephone: 479-582-6100
Fax:  479-582-6111
emadison@littler.com

Attorney for Auto Parts Group Southwest, LLC

### CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Anthony Bryce Brewer
Morgan E. Welch
Welch, Brewer & Hudson, LLC
One Riverfront Place, Suite 413
N. Little Rock, AR  72114

bbrewer@wbhlawfirm.com
mwelch@wbhlawfirm.com

Lloyd W. Kitchens, III
Brad Hendricks Law Firm
500 Pleasant Valley Drive, Suite C
Little Rock, AR  72227
tkitchens@bradhendricks.com


/s/ R. Scott Summers

Firmwide:93862163.1 062180.1003